

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                   No. 4:22-MJ-358

RAPHAEL BOLTON (01)

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, FBI Special Pance Kecev, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about the May 12, 2022, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **RAPHAEL BOLTON**, knowingly and willfully did transmit in interstate and foreign commerce from the State of Texas to the State of West Virginia a telephonic communication and the communication contained a threat to injure an employee of the Small Business Administration.

All in violation of Section 875(c) of Title 18 of the United States Code.

## BACKGROUND

1.  I have been a Special Agent of the Federal Bureau of Investigation (FBI) for three years and am currently assigned to the Dallas Field Division's Fort Worth Resident Agency on a Criminal Enterprise Squad working with a Violent Crime/Gang Task Force (hereinafter referred to as the Task Force). The Task Force is comprised of agents, investigators and police officers from the FBI, the Arlington, Texas Police Department

(APD), Texas Department of Public Safety (DPS), and the Fort Worth, Texas Police Department (FWPD).

2.   This affidavit is submitted for the limited purpose of showing probable cause to support this application for a criminal complaint and arrest warrant. Rather than attempt to recount each and every fact known to me or others participating in this investigation, I have set forth only those facts that I believe are sufficient to support a probable cause finding for the issuance of the requested complaint and arrest warrant. Where conversations or statements are related herein, they are related in substance and in part.

## PROBABLE CAUSE

3.   On May 12, 2022, around 7:55 a.m., a person later identified as defendant **RAPHAEL BOLTON**, using cellular telephone number 909-478-4501 (Subject Telephone), called the Federal Bureau of Investigation (FBI) National Threat Operations Center (NTOC) located in Clarksburg, West Virginia and made threats to cause bodily harm and to die by "suicide by cop."

4.   During the phone call, **BOLTON** spelled out his name and said that he was on his way to the Small Business Administration (SBA) in Fort Worth to cause bodily harm and to die by armed federal officers.

5.   Subject's Telephone has an area code (909) which relates to the northeastern part of the State of Texas. An open-source database search for **Subject's Telephone** revealed the phone was registered to **BOLTON** at address 3018 Apple Valley Drive, Garland, Texas.

6.  The following is a transcription of the call **BOLTON** made to FBI NTOC on May 12, 2022:

> **Operator**: Thank you for calling the FBI can I get your first and last name with correct spelling?
>
> **Bolton**: Raphael Bolton. R-A-P-H-A-E-L. Last name Bolton. B-O-L-T-O-N. I am heading to the SBA federal office…
>
> **Operator**: Okay one second.
>
> **Bolton**: On Kingport or uh, I'm not, I'm not, I'm letting you know what I'm doing.
>
> **Operator**: It's R-A-P-H-E-A-L?
>
> **Bolton**: I'm heading, I'm going to the SBA and I'm going to call federal, I'm going to cause bodily harm and I'm going to die by a federal armed person today at the SBA in Fort Worth. I'm letting you know.

7.  At approximately 8:50 a.m., **BOLTON**, operating a silver Jeep, arrived at the SBA offices, located at 14925 Kingsport Road, Fort Worth, Texas. The way **BOLTON** was operating his vehicle around SBA's parking lot caused personnel to feel somewhat uncomfortable.

8.  After finally parking his vehicle, **BOLTON** exited the silver Jeep and walked to entrance doors of the SBA. The entrance consists of two sets of doors. The first is open, but the access through the second set of doors is controlled by SBA personnel. As soon as **BOLTON** walked through the first set of glass doors, he began shouting. His behavior

and loud shouting caused employees to deny him access through the second set of glass doors.

9. Protective Security Officers (PSO) responded and initially attempted to have a discussion with **BOLTON**. **BOLTON**, however, looked at one of the PSOs and lunged at him, making contact with the officer. Based on a review of video surveillance, it appears as though **BOLTON** was attempting to reach the PSO's belt where his handgun was located. After brief struggle, **BOLTON** was restrained by officers and was placed in handcuffs. **BOLTON** was detained for assaulting an officer and remains in federal custody.

## CONCLUSION

10. WHEREFORE, you affiant respectfully submits that there is probable cause to believe that the defendant, **RAPHAEL BOLTON** did communicate a threat via interstate communications in violation of 18 U.S.C. §§ 875(c).

_____
Pance Kecev
Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED before me, at 3:06 am/pm, this 12 day of May, 2022, in Fort Worth, Texas.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint - Page 4